**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DeANNA LeTRAY,**

                **Plaintiff,**　　　　　　5:20-cv-1194
　　　　　　　　　　　　　　　　　　　　　　　　　(GLS/TWD)
                **v.**

**WATERTOWN POLICE et al.,**

                **Defendants.**

**APPEARANCES:**　　　　　　　　　**OF COUNSEL:**

DeANNA LeTRAY
Plaintiff, *Pro Se*
22606 Ridgeview Road
Watertown, NY 13601

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley Dancks duly filed November 25, 2020. (Dkt. No. 5.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections[1] having been filed, and the court having reviewed the

---

[1] On December 11, 2020, plaintiff filed a letter advising the court that she has received the Order and Report-Recommendation and has no objections. In the letter, plaintiff requests to file an amended complaint as recommended. (Dkt. No. 6.)

R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO REPLEAD** in full compliance with the court's Order and Report-Recommendation; and it is further

**ORDERED** that plaintiff may file an amended complaint within **thirty (30) days** of this Order; and it is further

**ORDERED** that, if plaintiff files an amended complaint in the time permitted, the amended complaint will be referred to the Magistrate Judge for further review; and it is further

**ORDERED** that any such amended complaint will supersede and replace in its entirety the previous complaint and that no portion of any prior complaint shall be incorporated into the amended complaint by reference; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint in the time permitted, the Clerk is directed to enter judgment without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

December 18, 2020
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge