

September 24, 2021

**<u>VIA ECF</u>**
Hon. Thérèse Wiley Dancks
United States Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

Re:     *DeAnna LeTray v. Jefferson County, et. al.*
        20-CV-1194 (GLS) (TWD)

Dear Judge Dancks:

Based on our conversation with chambers, Plaintiff writes to request permission to file a second amended complaint in the above-referenced case. A red-lined and clean version of the proposed second amended complaint is attached to this letter. (*See* Ex. A and Ex. B). Under the Court's scheduling order, the deadline for the joinder of parties and the amendment of the pleadings is today, September 24, 2021. (Dkt. No. 35).

The proposed second amended complaint replaces the previously unidentified John Doe defendants. Defendants have reviewed Plaintiff's proposed second amended complaint and have consented to the filing. *See* Fed R. Civ. Proc. 15(a)(2).

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Joshua Cotter
Joshua T. Cotter, Esq.
Seth Buchman, Esq.
Samuel C. Young, Esq.
LEGAL SERVICES OF CENTRAL NEW YORK
221 S. Warren Street
Syracuse, New York 13202
Tel: (315) 703-6500

Jessica Perry, Esq.
Bobby Hodgson, Esq.
Molly K. Biklen, Esq.
NEW YORK CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
Tel: (212) 607-3300

*Attorneys for Plaintiff*