UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

DEANNA LETRAY,

                Plaintiff,

-vs-

                              20-cv-1194

JEFFERSON COUNTY et. al

                Defendants.
_____

## STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT VIRGINIA SHERRILL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective attorneys of record as follows:

(1) Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed against the Defendant Virginia Sherrill (originally named as "Virginia Kelly")—and only as to Defendant Sherrill—with prejudice and without costs or fees to any party.

(2) The Plaintiff and the Defendants understand and agree that this stipulation contains the entire agreement between them as to the voluntary dismissal of Defendant Virginia Sherrill, and that nothing in this stipulation shall have any effect regarding any of the Plaintiff's claims against any other defendant.

Dated: October 26 2022

**NEW YORK CIVIL LIBERTIES UNION FOUNDATION**

By: _____
Bobby Hodgson, Esq.
Jessica Perry, Esq.
Veronica Salama, Esq.
Molly Bilken, Esq.
125 Broad Street, 19th Floor
New York, New York 10004

LEGAL SERVICES OF CENTRAL
NEW YORK
Joshua Cotter, Esq.
Seth Buchman, Esq.
Samuel C. Young, Esq.
221 S. Warren Street
Syracuse, New York 13202
Tel: (315) 703-6500
*Attorneys for Plaintiff*

Dated: October 21, 2022

BOND, SCHONECK & KING, PLLC

By: _____
Jonathan B. Fellows, Esq.
One Lincoln Center
Syracuse, New York 13202
Tel.: (315) 218-8000
Email: fellowj@bsk.com
*Attorneys for City of Watertown; Charles Donoghue; George Cummings; Samuel White; and Virginia Kelly*

Dated: October 26, 2022

**BARCLAY DAMON LLP**

By: /s/ Kayla A. Arias

Kayla A. Arias, Esq.
Teresa M. Bennett, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 425-2700
*Attorneys for Jefferson County; Colleen O'Neill, Jefferson County Sheriff; Kristopher M. Spencer; Joel Dettmer; Deborah Davis; and Patrick Larkins*