UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEANNA LETRAY,<br><br>                              Plaintiff,<br><br>v.<br><br>JEFFERSON COUNTY; CITY OF WATERTOWN; COLLEEN O'NEILL, Jefferson County Sheriff; KRISTOPHER M. SPENCER; JOEL DETTMER; CHARLES DONOGHUE, City of Watertown Police Chief; GEORGE CUMMINGS; SAMUEL WHITE; DEBORAH DAVIS and PATRICK LARKINS,<br><br>                              Defendants. | Docket No. 5: 20-cv-1194 |

## NOTICE OF PLAINTIFF'S MOTION & CROSS-MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Plaintiff DeAnna LeTray, by her attorneys, hereby moves this Court for entry of summary judgment pursuant to Federal Rule of Civil Procedure 56 on her First Cause of Action against Defendants Jefferson County, Sheriff Colleen O'Neill, Jail Administrator Kristopher Spencer, Sergeant Joel Dettmer, the City of Watertown, and Chief Charles Donoghue for violating the Fourth Amendment of the United States Constitution, as well as such other and further relief as the Court deems just and proper.

In support of her motion and cross-motion, Plaintiff submits:

(i) Memorandum of Law in Support of Plaintiff's Motion & Cross-Motion for Summary Judgment & in Opposition to Motion for Summary Judgment on Behalf of Charles Donoghue & City of Watertown;

(ii) Plaintiff's Combined Rule 56.1 Statements, including

  a. Plaintiff's Response to Watertown Defendants' Statement of Material Facts and Counterstatement of Additional Material Facts in Dispute; and

        b. Plaintiff's Statement of Undisputed Material Facts in Support of Plaintiff's Motion & Cross-Motion for Summary Judgment; and

(iii)    Declaration of Jessica Perry, dated December 16, 2022, with exhibits annexed thereto.

PLEASE TAKE NOTICE that the motion will be heard before the Honorable Gary L. Sharpe at the James T. Foley United States Courthouse, 445 Broadway, Albany N.Y. 12207, at a time and date, and in a manner, to be determined by the Court.

PLEASE TAKE FURTHER NOTICE that, in accordance with Rule 7.1 of the Local Rules of Practice of the Northern District of New York, Plaintiff requests oral argument to familiarize the Court with the complicated facts and procedural history of the case in light of the fact that this is the first time the Court will be considering any substantive dispute. Plaintiff requests 15 minutes of oral argument time to be divided equally between attorneys Joshua Cotter and Jessica Perry.

PLEASE TAKE FURTHER NOTICE that, in compliance with Local Rule 7.2 and pursuant to the Court's order at ECF Dkt. No. 104 in this case, opposing papers, if any, must be filed and served by January 20, 2023.

Dated: December 16, 2022  
      New York, NY

Respectfully submitted,

/s/ Jessica Perry  
Jessica Perry (702461)  
Veronica Salama (703812)  
Robert Hodgson (518648)  
Molly K. Biklen (4295390)  
Attorneys for Plaintiff  
NEW YORK CIVIL LIBERTIES UNION  
    FOUNDATION  
125 Broad Street, 19th Floor  
New York, New York 10004  
Tel: +1 (212) 607-3300  
Fax: +1 (212) 607-3318  
E-mail: jperry@nyclu.org  
      vsalama@nyclu.org  
      rhodgson@nyclu.org

/s/ Joshua Cotter  
Joshua Cotter (518217)  
Samuel C. Young (508916)  
Attorneys for Plaintiff  
LEGAL SERVICES OF CENTRAL NEW  
    YORK, INC.  
221 South Warren Street, 3rd Floor  
Syracuse, New York 13202  
Tel: +1 (315) 703-6500  
Fax: +1 (315) 703-6520  
E-mail: jcotter@lscny.org  
      samyoung@lscny.org