UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEANNA LETRAY,<br><br>                    Plaintiff,<br><br>v.<br><br>JEFFERSON COUNTY; CITY OF WATERTOWN; COLLEEN O'NEILL, Jefferson County Sheriff; KRISTOPHER M. SPENCER; JOEL DETTMER; CHARLES DONOGHUE, City of Watertown Police Chief; GEORGE CUMMINGS; SAMUEL WHITE; DEBORAH DAVIS and PATRICK LARKINS,<br><br>                    Defendants. | 20-CV-1194 (FJS)(TWD) |

**[PROPOSED] VERDICT SHEET**

**Part One: LIABILITY**

    **I.    CLAIM ONE: § 1983 Denial of Equal Protection**

1. Did the plaintiff prove, by a preponderance of the evidence, that any of the following defendants discriminated against her based on her transgender status?

    Defendant George Cummings:

    Yes_____        No_____

    Defendant Samuel White:

    Yes_____        No_____

    Defendant Joel Dettmer:

    Yes_____        No_____

Defendant Patrick Larkins:

Yes_____        No_____


Defendant Deborah Davis:

Yes_____        No_____


***[If you answered "Yes" to any part of question 1, proceed to questions 1-A through 1-E. If not, skip 1-A through 1-E.]***

1-A.   Did the plaintiff prove, by a preponderance of the evidence, that any of the violations identified in question 1 were caused by the Watertown Police Department's official policy, practice, or custom, or by its failure to train officers?

Yes_____        No_____


1-B.   Did the plaintiff prove, by a preponderance of the evidence, that any of the violations identified in question 1 were caused by Defendant Chief Charles Donoghue?

Yes_____        No_____


1-C.   Did the plaintiff prove, by a preponderance of the evidence, that any of the violations identified in question 1 were caused by the Jefferson County Sheriff's Office's official policy, practice, or custom, of by its failure to train officers?

Yes_____        No_____


1-D.   Did the plaintiff prove, by a preponderance of the evidence, that any of the violations identified in question 1 were caused by Defendant Sheriff Colleen O'Neill?

Yes_____        No_____

1-E.   Did the plaintiff prove, by a preponderance of the evidence, that any of the violations identified in question 1 were caused by Defendant Jail Administrator Kristopher Spencer?

Yes_____          No_____

II.   **CLAIM TWO: New York State Constitution Equal Protection**

2.   *[This claim requires the same answers you gave regarding CLAIM ONE.]*

III.   **CLAIM THREE: New York State Civil Rights Law § 40-c**

3.   Did the plaintiff prove, by a preponderance of the evidence, that any of the following defendants discriminated against her based on her transgender status, or aided or incited such discrimination? For each "yes" answer, identify the number of instances of unlawful discrimination—or aiding or inciting—that each respective defendant committed.

Defendant George Cummings:

Yes_____          No_____

If "Yes," # of instances of discrimination/aiding/inciting: _____

Defendant Samuel White:

Yes_____          No_____

If "Yes," # of instances of discrimination/aiding/inciting: _____

Defendant Joel Dettmer:

Yes_____          No_____

If "Yes," # of instances of discrimination/aiding/inciting: _____

Defendant Patrick Larkins:

Yes_____          No_____

If "Yes," # of instances of discrimination/aiding/inciting: _____

Defendant Deborah Davis:

Yes_____          No_____

If "Yes," # of instances of discrimination/aiding/inciting: _____

Defendant Charles Donoghue:

Yes_____          No_____

If "Yes," # of instances of discrimination/aiding/inciting: _____

Defendant Colleen O'Neill:

Yes_____          No_____

If "Yes," # of instances of discrimination/aiding/inciting: _____

Defendant Kristopher Spencer:

Yes_____          No_____

If "Yes," # of instances of discrimination/aiding/inciting _____

IV.  **CLAIM FOUR: § 1983 Unreasonable Manual Body Cavity Search**

4. Did the plaintiff prove, by a preponderance of the evidence, that Defendant Joel Dettmer performed an unreasonable manual body cavity search on her?

   Yes_____          No_____

V. **CLAIM FIVE: § 1983 Sexual Assault**

5. Did the plaintiff prove, by a preponderance of the evidence, that Defendant Joel Dettmer sexually assaulted her?

        Yes_____        No_____

VI. **CLAIM SIX: § 1983 Failure to Intervene**

*(ONLY ANSWER IF YOU CHECKED "YES" AS TO DEFENDANT DETTMER FOR ANY OTHER CLAIM. OTHERWISE SKIP.)*

6. Did the plaintiff prove, by a preponderance of the evidence, that any of the following defendants unlawfully failed to intervene when Defendant Joel Dettmer was violating her rights?

    Defendant George Cummings:

    Yes_____        No_____

    Defendant Patrick Larkins:

    Yes_____        No_____

    Defendant Deborah Davis:

    Yes_____        No_____

VII. **CLAIM SEVEN: § 1983 Excessive Use of Force**

7. Did the plaintiff prove, by a preponderance of the evidence, that any of the following defendants used unreasonable or excessive force against her?

Defendant George Cummings:

Yes_____          No_____

Defendant Samuel White:

Yes_____          No_____

Defendant Joel Dettmer:

Yes_____          No_____

**Part Two: DAMAGES**

**(ONLY COMPLETE IF YOU ANSWERED "YES" TO ANY QUESTION 1-7)**

**Compensatory Damages:**

8. If you found liability as to any claim *other* than CLAIM THREE (i.e., if you answered "yes" to question 1, 2, 4, 5, 6, or 7), state the amount of compensatory damages to which the plaintiff is entitled.

    $_____

**Statutory Penalty:**

9. If you found liability as to CLAIM THREE for any defendant (i.e., if you answered "yes" finding that any defendant violated Civil Rights Law § 40-c), you must choose a statutory penalty of no less than $100 and no more than $500 for *each* instance of discrimination (including aiding or inciting discrimination) you identified. Add up these numbers. State the total amount of the statutory penalties to which the plaintiff is entitled.

    $_____

**Punitive Damages:**

10. Has the plaintiff proved, by a preponderance of the evidence, that she is entitled to punitive damages against:

    <u>Defendant George Cummings:</u>

    Yes_____          No_____

Defendant Samuel White:

Yes_____          No_____


Defendant Joel Dettmer:

Yes_____          No_____


Defendant Patrick Larkins:

Yes_____          No_____


Defendant Deborah Davis:

Yes_____          No_____


Defendant Charles Donoghue:

Yes_____          No_____


Defendant Colleen O'Neill:

Yes_____          No_____


Defendant Kristopher Spencer:

Yes_____          No_____


11. If you answered "yes" to any part of question 10, identify the amount of punitive damages to which the plaintiff is entitled from each defendant:

Defendant George Cummings:

$_____

Defendant Samuel White:

$_____

Defendant Joel Dettmer:

$_____

Defendant Patrick Larkins:

$_____

Defendant Deborah Davis:

$_____

Defendant Charles Donoghue:

$_____

Defendant Colleen O'Neill:

$_____

Defendant Kristopher Spencer:

$_____

***YOUR DELIBERATIONS ARE COMPLETE***

Dated: _____, 2024

_____
FOREPERSON