June 27, 2024

*Via ECF*

The Honorable Frederick J. Scullin, Jr.
Senior United States District Court Judge
United States District Court for the
Northern District of New York
100 S. Clinton St.
Syracuse, NY 13261

      Re:    Joint Request by All Parties to Adjourn Trial and All Pre-Trial Submission Deadlines for Settlement Purposes in *DeAnna LeTray v. Jefferson County et al.*, Case No. 20-cv-01194

Dear Judge Scullin:

     All parties in the above-referenced case write jointly to notify the Court that we have reached a settlement in principle. We respectfully request that your honor adjourn the trial and all outstanding pre-trial submission deadlines, including those just ordered at the pre-trial conference held on Monday, June 25, 2024, which are reflected in the June 26, 2024, text minute entry order in this case.

     The parties are confident that they have agreed upon settlement terms such that the case will not proceed to trial. However, additional time is needed to finalize the specific language of the settlement agreements. Therefore, the parties also respectfully request that your honor order the parties to write to the Court no later than July 19, 2024, advising the Court of the status of settlement. If the parties have not finalized the settlement agreement by July 19, we respectfully request that the Court schedule a status conference on Monday, July 22, 2024, or as soon thereafter as would be convenient for the Court. This status conference can be cancelled if the parties write by July 19 to notify the Court that the case has settled.

     Thank you for your consideration of this matter.

                                         \* \* \*

Respectfully submitted,

/s/ Jessica Perry
Jessica Perry
Robert Hodgson
Veronica Salama
Molly K. Biklen
NEW YORK CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
Tel: (212) 607-3300
Fax: (212) 607-3318
E-mail: jperry@nyclu.org

/s/ Joshua Cotter
Joshua Cotter
Samuel C. Young
LEGAL SERVICES OF CENTRAL
    NEW YORK, INC.
221 South Warren Street, 3rd Floor
Syracuse, New York 13202
Tel: (315) 703-6500
Fax: (315) 703-6520
E-mail: jcotter@lscny.org

*Counsel for Plaintiff DeAnna LeTray*

/s/ Jonathan Fellows
Jonathan Fellows
Collin Michael Carr
BOND SCHOENECK & KING, PLLC –
    SYRACUSE
One Lincoln Center
Syracuse, NY 13202
E-mail: fellowj@bsk.com

*Counsel for Defendants City of Watertown, Charles Donoghue, George Cumming & Samuel White*

/s/ Kayla Arias
Kayla Arias
Brian Whiteley
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 413-7227
Fax: (315) 703-7306
E-mail: karias@barclaydamon.com

*Counsel for Defendants Jefferson County, Colleen O'Neill, Kristopher M. Spencer, Joel Dettmer, Deborah Davis & Patrick Larkins*