August 7, 2024

*Via ECF*

The Honorable Frederick J. Scullin, Jr.
Senior United States District Court Judge
United States District Court for the
Northern District of New York
100 S. Clinton St.
Syracuse, NY 13261

      Re:    Joint Status Update Letter by All Parties in
                *DeAnna LeTray v. Jefferson County et al.*, Case No. 20-cv-01194

Dear Judge Scullin:

      In response to the Court's Text Order on July 19, 2024, in the above-referenced case, all parties write jointly in advance of the telephonic court conference scheduled for this Friday, August 9 at 1:00 p.m. to update the Court on the status of settlement.

      The Plaintiff and City of Watertown Defendants have reached and signed a settlement agreement. The City of Watertown has promulgated an agreed-upon policy and delivered a settlement payment to the Plaintiff. The parties' proposed Stipulation and Order of Dismissal regarding the Watertown Defendants is forthcoming.

      The Plaintiff and Jefferson County Defendants have reached a settlement in principle where they have agreed upon a monetary amount and that Jefferson County will adopt certain policies and training. The parties remain confident that a resolution will be reached. Since the parties' last status update to the Court,[1] Plaintiff's counsel on July 22 provided limited feedback to the draft policy Jefferson County Defendants had provided on July 18. On July 23, Counsel for both parties had a productive meeting to discuss the draft policy in detail. Since that meeting, Jefferson County has not provided a written response to the draft settlement agreement or to Plaintiff's feedback on the draft policy. On July 31, Plaintiff's counsel requested an update from Jefferson County. On August 6, Counsel for Jefferson County Kayla Arias informed Plaintiff's counsel that Ms. Arias has a meeting scheduled with the Sheriff, Undersheriff, and County Attorney on Thursday morning (August 8) to discuss the draft settlement agreement and draft policy and has agreed to provide a written update to and meet with Plaintiff's counsel that afternoon. Plaintiff's counsel has agreed to that meeting and has further offered to join any future meetings.

---

[1] Plaintiff's counsel had previously provided Jefferson County Defendants' Counsel with a draft settlement agreement on June 28 and draft policy and training language on July 2. On July 18, Jefferson County Defendants' counsel provided Plaintiff's counsel with a draft policy. *See* ECF No. 163.

While Jefferson County's counsel has proposed a three-week adjournment of Friday's conference, it is Plaintiff's counsel's position that the status conference remains a helpful tool to avoid further delay. Plaintiff would be willing to adjourn the conference if Jefferson County Defendants would agree to a series of set interim deadlines by which the parties would exchange written drafts of the proposed policy and settlement agreement to avoid any additional delays, but as of the date of this letter, Jefferson County has not agreed to any interim deadlines going forward. Accordingly, Plaintiff's counsel believes that a court conference would be productive to ensure a timely resolution of this matter.

* * *

Respectfully submitted,

/s/ Jessica Perry
Jessica Perry
Robert Hodgson
Veronica Salama
Molly K. Biklen
NEW YORK CIVIL LIBERTIES
    UNION
  FOUNDATION
125 Broad Street, 19th Floor
New York, New York 10004
Tel: (212) 607-3300
Fax: (212) 607-3318
E-mail: jperry@nyclu.org

/s/ Joshua Cotter
Joshua Cotter
Samuel C. Young
LEGAL SERVICES OF CENTRAL
    NEW
  YORK, INC.
221 South Warren Street, 3rd Floor
Syracuse, New York 13202
Tel: (315) 703-6500
Fax: (315) 703-6520
E-mail: jcotter@lscny.org

*Counsel for Plaintiff DeAnna LeTray*

/s/ Jonathan Fellows
Jonathan Fellows
Collin Michael Carr
BOND SCHOENECK & KING, PLLC –
    SYRACUSE
One Lincoln Center
Syracuse, NY 13202
E-mail: fellowj@bsk.com

*Counsel for Defendants City of Watertown, Charles Donoghue, George Cumming & Samuel White*

/s/ Kayla Arias
Kayla Arias
Brian Whiteley
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Tel: (315) 413-7227
Fax: (315) 703-7306
E-mail: karias@barclaydamon.com

*Counsel for Defendants Jefferson County, Colleen O'Neill, Kristopher M. Spencer, Joel Dettmer, Deborah Davis & Patrick Larkins*